Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Juliana G. Blaha (SBN 331066)
Juliana@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANIESHA LAWRENCE, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | CASE NO. 3:21-cv-000597-L-WVG <br><br> **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> District Judge: M. James Lorenz |

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Deaniesha Lawrence and Defendant Bank of America, N.A. file this Joint Motion for Dismissal of Entire Action With Prejudice.  Each party shall bear their own attorneys' fees and costs.

Respectfully submitted,

Date:  June 15, 2021          By:     *s/ Joshua B. Swigart*
                                      Joshua B. Swigart, Esq.
                                      Josh@SwigartLawGroup.com
                                      **SWIGART LAW GROUP**
                                      Attorney for Plaintiff


Date:  June 15, 2021          By:     *s/ David R. Callaway*
                                      David R. Callaway, Esq.
                                      DCallaway@GoodwinLaw.com
                                      **GOODWIN**
                                      Attorney for Defendant