# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANIESHA LAWRENCE, | Case No.: 3:21-cv-000597-L-WVG |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Based upon the Parties' Joint Motion for Dismissal of Entire Action With Prejudice, and good cause appearing, this Court hereby Orders this entire action dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  June 21, 2021

Hon. M. James Lorenz
United States District Judge